No. 98–9619. AGUILAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9620. COLE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–9621. MEDINA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9622. O'NEAL v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 98–9623. SOLIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9624. OKEEZIE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9625. SELLNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9626. SHEETS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9627. ROSTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9628. STROTHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–9629. SHARROW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9630. PAYTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9631. SMALL v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 98–9632. COLE v. YEARWOOD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9633. WASHINGTON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.